UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BLUEFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:18-cv-00342 AC<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed his complaint on February 13, 2018. ECF No. 1. On February 14, 2018, a scheduling order was issued in this case ordering the plaintiff, who is appearing pro se, to serve a copy of the scheduling order and complete service of process within 21 days of filing the complaint. ECF No. 5 at 2. The time for service has passed, and there is no evidence in the record that plaintiff has completed service or taken any other action in this case.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than April 27, 2018, why this action should not be dismissed for failure to prosecute;

1

2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed for failure to prosecute.

DATED: April 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE