UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES BLUEFORD, | No. 2:18-cv-00342 AC |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff filed his complaint on February 13, 2018. ECF No. 1. On February 14, 2018, a scheduling order was issued ordering the plaintiff to serve a copy of the scheduling order and complete service of process within 21 days of filing the complaint. ECF No. 5 at 2. That deadline passed and this court issued an Order to Show Cause on April 18, 2018 ordering plaintiff to tell the court by April 27, 2018 why the case should not be dismissed for failure to prosecute. ECF No. 6 at 1. The order specified that filing of a proof of service upon defendant would be deemed good cause shown.

On April 23, 2018 plaintiff filed a motion for a 60 day extension of time to serve defendant (ECF No. 7) and responded to the order to show cause (ECF No. 8) stating that he was

1

unable to complete service by the initial deadline due to illness and hospitalization. The court accepts plaintiff's statement as good cause and will grant plaintiff's request for an extension. Plaintiff is cautioned, however, than no further requests for extensions of time will be looked at unfavorably.

It is hereby ORDERED that plaintiff's motion for an extension of time to serve defendant (ECF No. 7) is GRANTED and plaintiff must complete service by Monday, June 25, 2018. Failure to file a proof of service by that date may result in a recommendation that this case be dismissed for failure to prosecute.

DATED: April 25, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE