UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BLUEFORD,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:18-cv-00342 AC<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed his social security complaint on February 13, 2018. ECF No. 1. On February 14, 2018, a scheduling order was issued in this case ordering the plaintiff, who is proceeding pro se, to file a motion for summary judgment and/or remand within 45 days of being served with a copy of the administrative record. ECF No. 5 at 2. The administrative record was lodged and served on plaintiff on October 16, 2018. ECF Nos. 17, 18. Since that date, plaintiff has not taken any action in this case.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause, in writing, no later than July 3, 2019, why this action should not be dismissed for failure to prosecute;

1

2. Plaintiff's filing of a motion for summary judgment and/or remand within this timeframe will serve as cause and will discharge this order; and

3. If plaintiff fails to comply with this order, the case will be dismissed for failure to prosecute.

DATED: June 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE