UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES BLUEFORD, | No. 2:18-cv-00342 AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANDREW M. SAUL, Commissioner of Social Security,[1] | |
| Defendant. | |

Plaintiff is proceeding in this social security action pro se. The case was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(15), (21). Plaintiff filed his social security complaint on February 13, 2018. ECF No. 1. On February 14, 2018, a scheduling order was issued directing plaintiff to file a motion for summary judgment and/or remand within 45 days of being served with a copy of the administrative record. ECF No. 5 at 2. The administrative record was lodged and served on plaintiff on October 16, 2018. ECF Nos. 17, 18. For seven months thereafter, plaintiff took no action in this case.

On June 4, 2019, the court issued an order to show cause why the action should not be dismissed for failure to prosecute, stating that plaintiff's filing of a motion for summary judgment

---

[1] Andrew M. Saul is substituted as defendant pursuant to Fed. R. Civ. P. 25(d).

1

by July 3, 2019 would discharge the order. ECF No. 20. On June 21, 2019, plaintiff responded to the order to show cause, requesting a 60-day extension to find an attorney to represent him. ECF No. 21.

Despite the already substantial delay in prosecuting this case, the court will grant plaintiff an extension of 60 days to file a motion for summary judgment or notice of voluntary remand. A 60-day extension is unusually generous. Therefore, plaintiff is cautioned that no further extensions will be granted, in light of the age of this case. If plaintiff fails to file a motion for summary judgment and/or notice of voluntary remand within this timeframe, with or without the assistance of counsel, the case will be dismissed for failure to prosecute.

It is hereby ORDERED that the order to show cause (ECF No. 20) is discharged; plaintiff's motion for an extension of time (ECF No. 21) is GRANTED; and plaintiff must file a motion for summary judgment or notice of voluntary remand by Monday, August 26, 2019. Failure to do so will result in the case being dismissed for failure to prosecute.

DATED: June 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE